(No. 6349-

ARNOLD H. ALBREDCHT, HOMER BEALL, SR., DONALD HALEY, RALPH JOHNSON, LYNN LAMIE, CURTIS ORR, OTTO SCHRIEFER and RAY STOUT, Claimants, vs. STATE OF ILLINOIS, OFFICE OF THE SUPERINTENDENT OF THE EDUCATIONAL SERVICE REGION, Respondent.

*Opinion filed February 17, 1972.*

CLIFFORD BURY, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.